171 So.2d 477

**Mrs. Lucille K. SMITH**

v.

**James PONDER et al.**

No. 47602.

Feb. 23, 1965.

In re: James Ponder and Hardware Mutual Casualty Company applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Feliciana. 169 So.2d 683.

Writ refused. On the facts found by the Court of Appeal there is no error of law in the judgment complained of.

171 So.2d 477

**Homer R. JONES**

v.

**GENERAL FIRE AND CASUALTY COMPANY.**

No. 47604.

Feb. 23, 1965.

In re: General Fire and Casualty Company applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Tangipahoa. 169 So.2d 662.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.

171 So.2d 478

**Succession of Uranie Vicknair ROME.**

No. 47609.

Feb. 23, 1965.

In re: Mrs. Henry Baudoin applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Lafourche. 169 So.2d 665.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in its judgment.